WILLIAM VERNON vs. WILLIAM MILES, Plaintiff below, and JEPH-
THA LANDRUM and ZADOCK DAVIS, Justices.

### *Certiorari.*

On proof that usurious interest is added into and constitutes a part of the consider-
ation of a note sued on, a verdict cannot be rendered for the whole amount.
The interest must be deducted.

The *certiorari* in this case, complained of certain proceedings had
in the Court below, in two cases, in favour of *William Miles* vs.
*William Vernon* and *James S. Vernon* and *W. M. Pellum,* founded
on two promissory notes, in which it was alleged that a part of the
consideration of said notes was usurious. It appeared by the return
of the Justices, that it was proven on the trial below, that the notes
sued on were given to renew other notes, and that twenty-five per
cent. was calculated on said notes, and added in the face of the new
notes, notwithstanding which the Jury found a verdict for the full
amount of said notes, with interest.

The Court is, therefore, of opinion, that the finding of the Jury in
said cases was contrary to Law—the usury having been fully estab-
lished by the proof. It is therefore ordered, that the *certiorari* be
sustained, the verdicts set aside, and new trials ordered.

WILLIAM EZZARD, J. S. C. C. C.